BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **IN RE GOOGLE ANTITRUST LITIGATION** | | MDL No. __ |

## CORRECTED SCHEDULE OF ACTIONS

| | Case Captions | Court | Case Number | Judge |
|---|---|---|---|---|
| A | **Plaintiff:** Epic Games, Inc.<br>**Defendants:** Google LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp.<br>**Interested Parties:** Pure Sweat Basketball, Inc., Mary Carr, Peekya Services, Inc., Dianne Bentley, Jennifer Grace, Adan Moya, Robert Wing, Kondomar Herrera, Brian McNamara, Daniel Carroll, Daniel Egerter, and Brenda Keegan | N.D. Cal. (San Francisco) | 3:20-cv-05671 | James Donato |
| B | **Plaintiff:** Mary Carr<br>**Defendants:** Google LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp.<br>**Interested Parties:** Dianne Bentley, Jennifer Grace, Adan Moya, Coresa Trimble, Robert Wing, and Epic Games, Inc. | N.D. Cal. (San Francisco) | 3:20-cv-05761 | James Donato |
| C | **Plaintiff:** Pure Sweat Basketball Inc.<br>**Defendants:** Google LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp.<br>**Interested Party:** Mary Carr<br>**Miscellaneous:** Epic Games, Inc. | N.D. Cal. (San Francisco) | 3:20-cv-05792 | James Donato |
| D | **Plaintiffs:** Peekya Services, Inc. and Pure Sweat Basketball, Inc.<br>**Defendants:** Google LLC, Google Ireland Ltd., Google Commerce Ltd., and Google Asia Pacific Pte. Ltd. | N.D. Cal. (San Francisco) | 3:20-cv-06772 | James Donato |
| E | **Plaintiffs:** Dianne Bentley, Jennifer Grace, Adan Moya, Coresa Trimble, and Robert Wing<br>**Defendants:** Google LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp. | N.D. Cal. (San Francisco) | 3:20-cv-07079 | James Donato |

| | | | | |
|---|---|---|---|---|
| F | **Plaintiff:** Brian McNamara<br>**Defendants:** Google LLC and Alphabet Inc. | N.D. Cal. (San Francisco) | 3:20-cv-07361 | James Donato |
| G | **Plaintiff:** Kondomar Herrera<br>**Defendant:** Google LLC | N.D. Cal. (San Francisco) | 3:20-cv-07365 | James Donato |
| H | **Plaintiffs:** Daniel Carroll, Daniel Egerter and Brenda Keegan<br>**Defendants:** Google LLC, Google Ireland Ltd., Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp. | N.D. Cal. (San Francisco) | 3:20-cv-07379 | James Donato |
| I | **Plaintiffs:** Surefreight Global LLC d/b/a Prana Pets, Hanson Law Firm, PC, Michael Devaney, Nicholas Arrieta, Sara Yberra, Michael Stellman, and Vitor Lindo<br>**Defendants:** Google LLC and Alphabet Inc. | N.D. Cal. (San Jose) | 5:20-cv-03556 | Beth Labson Freeman |
| J | **Plaintiffs:** United States of America, State of Arkansas, State of Florida, State of Georgia, State of Indiana, Commonwealth of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of South Carolina, and State of Texas<br>**Defendant:** Google LLC | D.D.C. | 1:20-cv-03010 | Amit P. Mehta |
| K | **Plaintiff:** J. Jackson Paige<br>**Defendants:** Google LLC and Alphabet Inc. | D.D.C. | 1:20-cv-03158 | Amit P. Mehta |