BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE GOOGLE ANTITRUST LITIGATION** | MDL No. 2981 |

**SUPPLEMENTAL INFORMATION**

In recognition of 28 U.S.C. § 1407(g), Plaintiff J. Jackson Paige respectfully modifies his motion to transfer to no longer request the transfer, consolidation, or coordination of *U.S., et al. v. Google LLC*, No. 1:20-cv-03010 (D.D.C.). In all other respects, Plaintiff's motion remains unchanged.

| | |
|---|---|
| Dated: November 13, 2020 | Respectfully submitted, |

                                                  /s/ *Jonathan W. Cuneo*
                                                Jonathan W. Cuneo
                                                Victoria Sims
                                                Blaine Finley
                                                **CUNEO GILBERT & LADUCA, LLP**
                                                4725 Wisconsin Ave., NW Suite 200
                                                Washington, DC 20016
                                                202-789-3960
                                                jonc@cuneolaw.com
                                                vicky@cuneolaw.com
                                                bfinley@cuneolaw.com

                                                Gerard V. Mantese
                                                Kathryn Eisenstein
                                                **MANTESE HONIGMAN, P.C.**
                                                1361 E. Big Beaver Road
                                                Troy, MI 48083
                                                Phone: (248) 457-9200 ext. 203
                                                Fax: (248) 457-9201
                                                gmantese@manteselaw.com
                                                keisenstein@manteselaw.com

                                                *Counsel for Plaintiff J. Jackson Paige*