BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE GOOGLE INC., ANTITRUST LITIGATION | MDL No. 2981 |
|---|---|

## NOTICE OF TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"); the undersigned counsel hereby notifies the Clerk of the JPML of the following potential Tag-Along action:

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| *Jared Stark v. Google LLC, et al.* | 5:20-cv-8309 | N.D. Cal. | TBD |

A copy of the complaint is attached as Exhibit A.

DATED: November 25, 2020

Respectfully Submitted,

/s/ *Alison Chase*
Alison E. Chase (SBN 226976)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
achase@kellerrohrback.com

*Attorney for Plaintiff*