**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE GOOGLE INC., ANTITRUST LITIGATION** | **MDL No. 2981** |

**DECLARATION OF BRIAN C. ROCCA IN SUPPORT OF**
**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF J. JACKSON PAIGE'S**
**MOTION FOR TRANSFER AND CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407**

I, Brian C. Rocca, hereby declare as follows:

1.      I am a partner at Morgan, Lewis & Bockius LLP, counsel of record for Defendants Alphabet Inc., Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Payment Corp., and Google Asia Pacific Pte. Ltd. ("Defendants" or "Google").  I am a member in good standing of the State Bar of California and admitted to practice in the state and federal courts of California.  I respectfully submit this declaration in support of Defendants' Response in Opposition to Plaintiff J. Jackson Paige's ("Paige") Motion for Transfer and Consolidation Pursuant to 28 U.S.C § 1407.

2.      I have personal knowledge of the facts or circumstances set forth herein.  If called upon as a witness in this action, I could and would testify competently thereto.

3.      As of the date of this declaration, thirteen antitrust cases filed against Google challenge alleged conduct relating to its Google Play software application ("App") store.  Twelve of these cases are now pending in the Northern District of California, and I represent Google in connection with these cases.  Among the twelve cases are nine putative consumer class actions.  Additionally, three non-consumer cases have been filed in the Northern District of California by App Developers (two putative App Developer class actions, and a separate action by Epic Games, an App Developer and alleged potential competitor to Google).

4. For ease of reference, the following table summarizes the pending antitrust cases filed against Google regarding Google Play:

| Case Name, Case No. | Plaintiff Type | Court | Judge | Date of Filing |
|---|---|---|---|---|
| *Epic Games, Inc. v. Google LLC*, No. 3:20-cv-05671-JD | App Developer | N.D. Cal. | Judge Donato | August 13, 2020 |
| *Carr v. Google LLC*, No. 3:20-cv-05761-JD | Putative Consumer Class Action | N.D. Cal. | Judge Donato | August 16, 2020 |
| *Pure Sweat Basketball, Inc. v. Google LLC*, No. 3:20-cv-05792-JD | Putative App Developer Class Action | N.D. Cal. | Judge Donato | August 17, 2020 |
| *Peekya Services, Inc. v. Google LLC*, No. 3:20-cv-06772-JD | Putative App Developer Class Action | N.D. Cal. | Judge Donato | September 29, 2020 |
| *Bentley v. Google LLC*, No. 3:20-cv-07079-JD | Putative Consumer Class Action | N.D. Cal. | Judge Donato | October 9, 2020 |
| *McNamara v. Google LLC*, No. 3:20-cv-07361-JD | Putative Consumer Class Action | N.D. Cal. | Judge Donato | October 20, 2020 |
| *Herrera v. Google LLC*, No. 3:20-cv-07365-JD | Putative Consumer Class Action | N.D. Cal. | Judge Donato | October 20, 2020 |
| *Carroll v. Google LLC*, No. 3:20-cv-07379-JD | Putative Consumer Class Action | N.D. Cal. | Judge Donato | October 21, 2020 |
| *Paige v. Google LLC*, No. 1:20-cv-03158-APM | Putative Consumer Class Action | D.D.C. | Judge Mehta | October 30, 2020 |
| *Roberts v. Google LLC*, No. 3:20-cv-07824-RS  *Relation to *Epic* pending | Putative Consumer Class Action | N.D. Cal. | Judge Seeborg* | November 5, 2020 |
| *Gamble v. Google LLC*, No. 3:20-cv-07984-JD | Putative Consumer Class Action | N.D. Cal. | Judge Donato | November 12, 2020 |
| *Stark v. Google LLC*, No. 4:20-cv-08309-KAW  *Relation to *Epic* pending | Putative Consumer Class Action | N.D. Cal. | Judge Westmore* | November 24, 2020 |

| *Esquivel v. Alphabet Inc.*, No. 5:20-cv-08337-DMR  *Relation to *Epic* pending | Putative Consumer Class Action | N.D. Cal. | Judge Ryu* | November 25, 2020 |
|---|---|---|---|---|

5.      In connection with the cases assigned to him, Judge Donato held two conferences on October 8, 2020, and October 29, 2020.  *See* Civil Mins., *Epic Games, Inc. v. Google LLC*, No. 3:20-cv-05671-JD (N.D. Cal.), ECF Nos. 66, 82.  Judge Donato also has entered an Order Regarding Discovery of Electronically Stored Information and an Order Regarding Coordination of Discovery.  *See Epic Games, Inc. v. Google LLC*, No. 3:20-cv-05671-JD (N.D. Cal.), ECF Nos. 88-89.  Judge Donato is currently considering a proposed protective order and a detailed scheduling proposal by the parties.  *See* Joint Statement Regarding Protective Order, *Epic Games, Inc. v. Google LLC*, No. 3:20-cv-05671-JD (N.D. Cal.), ECF No. 77; Stipulation and [Proposed] Scheduling and Page Limits for Forthcoming Motion Practice, *Epic Games, Inc. v. Google LLC*, No. 3:20-cv-05671-JD (N.D. Cal.), ECF No. 87.  A further status conference is scheduled before Judge Donato on December 3, 2020.  *Epic Games, Inc. v. Google LLC*, No. 3:20-cv-05671-JD (N.D. Cal.), ECF No. 102 (Joint Case Management Statement).

6.      I have reviewed the filings by Paige with the Judicial Panel on Multidistrict Litigation.  His schedule of actions attaches the complaints filed by Plaintiff Epic Games, Inc. (Ex. A, JPML ECF No. 1-3), Plaintiffs Mary Carr et al. (Ex. B, JPML ECF No. 1-4), Plaintiff Pure Sweat Basketball, Inc. (Ex. C, JPML ECF No. 1-5), Plaintiff Peekya App Services, Inc. (Ex. D, JPML ECF No. 1-6), Plaintiff Dianne Bentley et al. (Ex. E, JPML ECF No. 1-7), Plaintiff Brian McNamara (Ex. F, JPML No. 1-8), Plaintiff Kondomar Herrera (Ex. G, JPML ECF No. 1-9), Plaintiffs Daniel Carroll, Daniel Egerter, and Brenda Keegan (Ex. H, ECF No. 1-10), and Paige (Ex. K, ECF No. 1-13).  His schedule also includes the Consolidated Class Action Complaint filed in *In re Google Digital Advertising Antitrust Litigation* (Ex. I, ECF No. 1-11),

and the complaint filed in *United States v. Google LLC* (Ex. J, ECF No. 1-12).  For the Court's reference, I am including herein as exhibits only the complaints and other documents cited in Google's Response that were not provided in Paige's filing.

7.      Google's Rule 12(b)(6) motion to dismiss the putative consumer class complaint will be filed once the remaining putative consumer class cases are consolidated with the two original putative consumer cases, and a putative consumer class Consolidated Second Amended Complaint is filed on the *In re Google Play Consumer Antitrust Litigation* docket.  That complaint is due to be filed by December 28, 2020.  *See In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-05761-JD (N.D. Cal.), ECF No. 80.

8.      Attached hereto as **Exhibit A** are a true and correct copy of Defendants' Motion and Memorandum in Support of Motion to Transfer Under 28 U.S.C. § 1404; and Defendants' Objection Under LCvR 40.5(b)(2) to Plaintiff's Designation of Action as Related to *United States v. Google LLC* filed in *Paige v. Google LLC*, No. 1:20-cv-03158-APM (D.D.C.), filed on November 24, 2020.

9.      Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Daniel S. Friedland in Support of Defendants' Motion to Transfer Under 28 U.S.C. § 1404 filed in *Paige v. Google LLC*, No. 1:20-cv-03158-APM (D.D.C.), filed on November 24, 2020.

10.      Attached hereto as **Exhibit C** are a true and correct copy of the Declaration and Exhibits of Paul Cooper in Support of Defendants' Motion to Transfer Under 28 U.S.C. § 1404 filed in *Paige v. Google LLC*, No. 1:20-cv-03158-APM (D.D.C.), filed on November 24, 2020.

11.      Attached hereto as **Exhibit D** is a true and correct copy of a complaint filed by a putative class of consumer plaintiffs who allegedly purchased apps or made in-app purchases through the Google Play Store in *Roberts v. Google LLC*, No. 3:20-cv-07824-RS (N.D. Cal.),

dated November 5, 2020. This case is currently pending before Judge Seeborg in the Northern District of California, but an administrative motion has been filed by plaintiff's counsel to formally relate the case to the other Google Play cases pending before Judge Donato. *See Epic Games, Inc. v. Google LLC*, No. 3:20-cv-05671-JD (N.D. Cal.), ECF No. 100 (motion to relate *Roberts* action to *Epic Games* action).

12.    Attached hereto as **Exhibit E** is a true and correct copy of a complaint filed by a putative class of consumer plaintiffs who allegedly purchased apps or made in-app purchases through the Google Play Store in *Gamble v. Google LLC*, No. 3:20-cv-07984-JD (N.D. Cal.), dated November 12, 2020, and pending before Judge Donato of the United States District Court for the Northern District of California.

13.    Attached hereto as **Exhibit F** is a true and correct copy of a complaint filed by a putative class of consumer plaintiffs who allegedly purchased apps or made in-app purchases through the Google Play Store in *Stark v. Google LLC*, No. 4:20-cv-08309 (N.D. Cal.), dated November 24, 2020. Plaintiff's counsel requested formally relating the case to the other Google Play cases pending before Judge Donato. Civil Cover Sheet, *Stark v. Google LLC*, No. 4:20-cv-08309 (N.D. Cal. Nov. 24, 2020), ECF No. 1-1.

14.    Attached hereto as **Exhibit G** is a true and correct copy of a complaint filed by a putative class of consumer plaintiffs who allegedly purchased apps or made in-app purchases through the Google Play Store in *Esquivel v. Alphabet Inc.*, No. 5:20-cv-08337 (N.D. Cal.), dated November 25, 2020. Plaintiff's counsel requested formally relating the case to the other Google Play cases pending before Judge Donato. Civil Cover Sheet, *Esquivel v. Alphabet Inc.*, No. 5:20-cv-08337 (N.D. Cal. Nov. 25, 2020), ECF No. 1-1. At present time, I am unaware of whether this new action has been served on any defendant.

15.     Attached hereto as **Exhibit H** is a true and correct copy of the Civil Minutes entered by Judge Donato on October 9, 2020, which contain an order consolidating "for all pre-trial and trial purposes" *Carr v. Google LLC*, No. 3:20-CV-05761-JD (N.D. Cal.), *Pure Sweat Basketball, Inc. v. Google LLC*, No. 3:20-cv-05792-JD (N.D. Cal.), and *Peekya App Services, Inc. v. Google LLC*, No. 3:20-cv-06772-JD (N.D. Cal.).

16.     Attached hereto as **Exhibit I** is a true and correct copy of the Civil Minutes entered by Judge Donato on October 29, 2020.  Exhibit J states: "Counsel for all of the pending and incoming consumer class action cases are directed to propose a plan for consolidation into a single action."  Exhibit J further states: "A further status conference is set for December 3, 2020, at 10:00 a.m."

17.     Attached hereto as **Exhibit J** is a true and correct copy of a stipulation and proposed scheduling order filed by the parties on November 6, 2020, in *Epic Games, Inc. v. Google LLC*, No. 3:20-cv-05671-JD (N.D. Cal.), *Bentley v. Google LLC*, No. 3:20-cv-07079-JD (N.D. Cal.), *Carr v. Google LLC*, No. 3:20-cv-05761-JD (N.D. Cal.), *Pure Sweat Basketball, Inc. v. Google LLC*, No. 3:20-cv-05792-JD (N.D. Cal.), and *Peekya App Services, Inc. v. Google LLC*, No. 3:20-cv-06772-JD (N.D. Cal.).  The parties recently exchanged initial disclosures.

18.     Attached hereto as **Exhibit K** is a true and correct copy of Defendants' Notice of Motion and Motion to Dismiss Epic Games, Inc.'s Complaint and Developers' First Consolidated Class Action Complaint, filed in *Epic Games, Inc. v. Google LLC*, No. 3:20-cv-05671-JD (N.D. Cal.), *Pure Sweat Basketball, Inc. v. Google LLC*, No. 3:20-cv-05792-JD (N.D. Cal.), and *Peekya App Services, Inc. v. Google LLC*, No. 3:20-cv-06772-JD (N.D. Cal.), dated November 13, 2020.

19.     Attached hereto as **Exhibit L** is a true and correct copy of an Order by Judge Donato, dated November 20, 2020, which consolidated (i) *Carr v. Google LLC*, No. 3:20-cv-05761-JD; (ii) *Bentley v. Google LLC*, No. 3:20-cv-07079-JD; (iii) *McNamara v. Google LLC*, No. 3:20-cv-07361-JD; (iv) *Herrera v. Google LLC*, No. 3:20-cv-07365-JD; (v) *Carroll v. Google LLC*, No. 3:20-cv-07379-JD; and (vi) *Gamble v. Google LLC*, No. 3:20-cv-07984-JD "for all pretrial proceedings before th[e] Court" under the caption, *In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-05761-JD (N.D. Cal.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of November, 2020 in San Francisco, California.

Brian C. Rocca