BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE GOOGLE ANTITRUST LITIGATION | MDL No. 2981 |
|---|---|

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rule 6.2(d), Defendants Google LLC and Alphabet Inc. hereby notify the Clerk of the Judicial Panel on Multidistrict Litigation of the following potential tag-along actions:

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| *Roberts v. Google LLC* (True and correct copies of the docket and this Complaint are attached as **Exhibit A** hereto) | 3:20-cv-07824-JD | N.D. Cal. | Judge James Donato |
| *Gamble v. Google LLC* (True and correct copies of the docket and this Complaint are attached as **Exhibit B** hereto) | 3:20-cv-07984-JD | N.D. Cal. | Judge James Donato |
| *Esquivel v. Alphabet Inc.* (True and correct copies of the docket and this Complaint are attached as **Exhibit C** hereto) | 3:20-cv-08337-JD | N.D. Cal. | Judge James Donato |

.

Dated: December 30, 2020

Richard S. Taffet
richard.taffet@morganlewis.com

101 Park Avenue
New York, NY 10178-0060
Telephone:  +1.212.309.6000
Facsimile:   +1.212.309.6001

Willard K. Tom
willard.tom@morganlewis.com

1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:  +1.202.739.3000
Facsimile:   +1.202.739.3001

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Brian C. Rocca*
   Brian C. Rocca
   brian.rocca@morganlewis.com

   Sujal J. Shah
   sujal.shah@morganlewis.com

One Market
Spear Street Tower
San Francisco, CA  94105-1596
Telephone:     +1.415.442.1000
Facsimile:      +1.415.442.1001

Attorneys for Defendants