BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE GOOGLE INC., ANTITRUST LITIGATION | MDL No. 2981 |
|---|---|

## AMENDED NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel hereby notifies the Clerk of this Court of the following potential Tag-Along actions:

| Case Name: | Case Number: | Court: | Judge: |
|---|---|---|---|
| *Janette McCready v. Google LLC and Alphabet Inc.* ("McCready") | 1:20-cv-03556 | D.D.C. | Amit P. Mehta |
| *Benjamin Blumberg v. Google LLC and Alphabet Inc.* ("Blumberg") | 1:20-cv-03557 | D.D.C. | Amit P. Mehta |

A copy of the *McCready* and *Blumberg* Complaints and docket sheets are attached hereto.

Should this Panel order transfer to the District of Columbia, these actions will be coordinated or consolidated with actions pending in the District of Columbia and elsewhere.

In a filing last week (Doc. No. 50) Google makes additional arguments regarding a motion it has made in a different case, subject to briefing already closed by the Panel (Doc. No. 45). Given that Google has not obtained the Panel's permission to submit such arguments in response to a Notice of Related Action and no allowance is made for them in this Panel's rules, Plaintiffs respectfully request that such extraneous arguments be disregarded.

Dated: January 5, 2020

Respectfully submitted,

*/s/ Gary E. Mason*
Gary E. Mason
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Phone: (202) 429-2290
Fax: (202) 429-2294
gmason@masonllp.com

*Attorney for Plaintiff Janette McCready* in *McCready v. Google LLC*, No. 1:20-cv-03556 and *Plaintiff Benjamin Blumberg* in *Blumberg v. Google LLC*, No. 1:20-cv-03557