# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Related Actions from JPML

**Date Received: 1/13/2021**

**JPML has been notified of the attached action for potential inclusion in the proposed MDL**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

_____
**CLERK OF THE PANEL**