BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE GOOGLE INC., ANTITRUST LITIGATION | MDL No. 2981 |
|---|---|

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel hereby notifies the Clerk of this Court of the following potential Tag-Along action:

| Case Name: | Case Number: | Court: | Judge: |
|---|---|---|---|
| *Nicholas Black v. Google LLC and Alphabet Inc.* | 4:21-cv-00077 | Eastern District of Missouri | Not yet assigned |

A copy of the Complaint and docket sheet are attached hereto.

Dated: January 21, 2021                    Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By: /s/ *Anthony G. Simon*
Anthony G. Simon, #38745
Paul J. Tahan, #73037
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P: (314) 241-2929
F: (314) 241-2029
asimon@simonlawpc.com
ptahan@simonlawpc.com

*Attorney for Plaintiff Nicholas Black*