BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE GOOGLE ANTITRUST LITIGATION | MDL No. 2981 |

**PLAINTIFF RATLIFF'S INTERESTED PARTY RESPONSE TO MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1407**

Plaintiff Ratliff in *Ratliff v. Google LLC*, Case No. 3:20-cv-833-DPJ-FKB, supports centralization of this litigation and transfer to the District of Columbia, before Judge Amit P. Mehta.

The District of Columbia is a more convenient forum than the Northern District of California for Plaintiff Ratliff, who resides in Mississippi.

Plaintiff further supports centralization and transfer to the District of Columba for the reasons set forth in the Motion to Transfer and Reply in Support filed by Plaintiff J. Jackson Paige and the Interested Party Response filed by Plaintiffs McCready and Blumberg.

Dated: January 21, 2021    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 */s Don Barrett*
　　　　　　　　　　　　　　　　　　　　　　　John W. ("Don") Barrett
　　　　　　　　　　　　　　　　　　　　　　　Katherine Barrett Riley
　　　　　　　　　　　　　　　　　　　　　　　David McMullan
　　　　　　　　　　　　　　　　　　　　　　　Sterling Starns
　　　　　　　　　　　　　　　　　　　　　　　**BARRETT LAW GROUP, P.A.**
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 927
　　　　　　　　　　　　　　　　　　　　　　　404 Court Square
　　　　　　　　　　　　　　　　　　　　　　　Lexington, MS 39095
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (662) 834-2488
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (662)834-2628
　　　　　　　　　　　　　　　　　　　　　　　KBRiley@barrettlawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　dbarrett@barrettlawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　dmcmullan@barrettlawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　sstarns@barrettlawgroup.com

*Counsel for Plaintiff Christopher Bryan Ratliff, II in Ratliff v. Google LLC, Case No. 3:20-cv-833-DPJ-FKB*