**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE GOOGLE ANTITRUST LITIGATION** | MDL No. 2981 |

**PLAINTIFF BLACK'S INTERESTED PARTY RESPONSE TO MOTION FOR
TRANSFER PURSUANT TO 28 U.S.C. § 1407**

Plaintiff Black in *Black v. Google LLC*, Case No. 4:21-cv-00077 supports centralization of this litigation and transfer to the District of Columbia, before Judge Amit P. Mehta

The District of Columbia is a more convenient forum than the Northern District of California for Plaintiff Black, who resides in Missouri.

Plaintiff further supports centralization and transfer to the District of Columbia for the reasons set forth in the Motion to Transfer and Reply in Support filed by Plaintiff J. Jackson Paige and the Interested Party Response filed by Plaintiffs McCready and Blumberg.

Dated: January 21, 2021                                    Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By: /s/          *Anthony G. Simon*
         Anthony G. Simon, #38745
         Paul J. Tahan, #73037
         800 Market Street, Suite 1700
         St. Louis, Missouri  63101
         P:  (314) 241-2929
         F:  (314) 241-2029
         asimon@simonlawpc.com
         ptahan@simonlawpc.com

*Counsel for Plaintiff Nicholas Black,  in Black v.
Google LLC, Case No. 4:21-cv-00077*