**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE GOOGLE ANTITRUST LITIGATION** | MDL No. 2981 |

**PLAINTIFFS ALEXANDER'S INTERESTED PARTY RESPONSE TO MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1407**

For all of the reasons set forth in the Motion to Transfer and Reply in Support filed by Plaintiff J. Jackson Paige, and the Interested Party Response filed by Plaintiffs McCready and Blumberg, Plaintiff John Alexander supports centralization of this litigation and transfer to the District of Columbia, before the Honorable Judge Amit P. Mehta.

Plaintiff Alexander additionally seeks transfer to the District of Columbia, as it is a far more convenient forum for him than San Francisco and situated much closer to his residence in Virginia.

Dated: January 21, 2021

Respectfully submitted,

TOSTRUD LAW GROUP, P.C.

/s/ Anthony M. Carter
Anthony M. Carter
Jon A. Tostrud
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
acarter@tostrudlaw.com
jtostrud@tostrudlaw.com

*Counsel for Plaintiff John Alexander in Alexander v. Google LLC,* Case No. 2:21-cv-00018 (E.D. Va.)