BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE GOOGLE ANTITRUST LITIGATION | MDL No. 2981 |
|---|---|

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, Brian C. Rocca, hereby certify that on January 22, 2021, I electronically filed Defendants' Motion for Leave to File Supplemental Information and the exhibits attached thereto through the CM/ECF systems, which will send a notice of electronic filing to all counsel of record in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of January, 2021 in San Francisco, California.

*/s/ Brian C. Rocca*
Brian C. Rocca
Attorney for Defendants