**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE GOOGLE ANTITRUST LITIGATION** | MDL No. 2981 |

**PLAINTIFF PAIGE'S OPPOSITION TO DEFENDANTS' UNTIMELY MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION**

Defendants Alphabet Inc., Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Payment Corp., and Google Asia Pacific Pte. Ltd. (collectively, "Google") do not claim ignorance of this Panel's Rules or the briefing schedule set for the Motion to Transfer. Nor does Google claim that the rules or the briefing schedule are in any way unfair. Google simply argues that the rules should not apply to it. Although all other parties have followed the briefing schedule, Google believes that it should be treated differently.

This Panel closed briefing on the Motion to Transfer on December 8, 2020, for the original parties to this Motion, and has made clear that it wished to have all briefs, even by new parties, filed by January 21 (*see* Doc. 45, stating "Briefing in this matter is now **closed**." Parties in any potential tag-along action may file an Interested Party response . . . no later than the Thursday prior to the hearing session) (emphasis added). Despite this, Google filed an additional brief, close to midnight on January 22, attaching yet a second late brief, in a last-minute attempt to get the last word, despite not being the moving party.

Ignoring the rules and deadlines in this proceeding has become a pattern with Google. On December 28, 2020, 20 days after briefing closed, Google filed a supplemental statement in response to a Notice of Related Actions essentially arguing its Opposition to Plaintiff Paige's Motion to Transfer and asking the Panel to disregard the two related actions pending in the District

of Columbia, though this Panel's Rules do not permit briefing in response to Notices of Related Actions. *See* Doc. No. 50, Defendants' Response to Notice of Related Actions. Google made yet another improper filing on December 30, 2020, Doc. 52, that, again, in violation of this Panel's orders on the briefing schedule, purported to "update[] Defendants' Response in Opposition to Plaintiff J. Jackson Paige's Motion for Transfer and Consolidation Pursuant to 28 U.S.C. § 1407." *See* Defendants' Notice of Related Actions. Google made both filings after the close of briefing, without either requesting, or obtaining, permission from this Panel.

With respect to its two most recent briefs, filed late this past Friday, Google claims that they are necessary now because Google has finally agreed that centralization is called for, based on additional actions filed around the country. But there is no reason Google could not have advised of its position sooner. Indeed, most of the additional actions Google mentions have been on file for at least several weeks. And, in any event, Google's two briefs are not simply a short statement advising that it now agrees to centralization. They are, instead, further argument for the position it already stated in its opposition brief, filed on November 27, namely that the actions should be transferred to the Northern District of California. Google has already had ample time and space to make that argument, and, indeed, did so in its Opposition to the Motion to Transfer, as it admits in its new proposed supplemental filing. [Proposed] Supplemental Information, at 2 ("Google's Response stated that if the Panel concludes that centralization is appropriate, the Northern District of California is the most appropriate forum for centralization.").

At this juncture, arguments will be heard on Thursday, and Plaintiff Paige respectfully posits that nothing further is necessary or warranted.

Plaintiff Paige thus respectfully suggests that granting Google's request would be not only an unreasonable circumvention of multiple deadlines, but also highly prejudicial to the other

parties in this proceeding, who have followed the rules, and who would themselves, in the name of fairness, request further briefing if Google's request for additional briefing were granted. Plaintiff Paige respectfully requests that this Panel deny Google's request to file its supplemental information and disregard its Motion for such briefing as an additional, unauthorized supplemental brief.

Dated: January 24, 2021 	Respectfully submitted,

*/s/ Jonathan W. Cuneo*
Jonathan W. Cuneo
Victoria Sims
Blaine Finley
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com
vicky@cuneolaw.com
bfinley@cuneolaw.com

Gerard V. Mantese
Kathryn Eisenstein
**MANTESE HONIGMAN, P.C.**
1361 E. Big Beaver Road
Troy, MI 48083
Phone: (248) 457-9200 ext. 203
Fax: (248) 457-9201
gmantese@manteselaw.com
keisenstein@manteselaw.com

*Counsel for Plaintiff J. Jackson Paige*